# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARL WATSON

NO. 2020 KW 0760

**OCTOBER 12, 2020**

---

In Re:    Carl Watson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 77927.

---

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT